PD-0835-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/8/2015 2:57:53 PM
Accepted 7/9/2015 4:30:14 PM
ABEL ACOSTA
CLERK



**SHAREN WILSON**

Criminal District Attorney

Tarrant County

July 8, 2015

FILED IN
COURT OF CRIMINAL APPEALS

July 9, 2015

ABEL ACOSTA, CLERK

Hon. Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711

Re:    **Sullens v. State, No. PD-0835-15**

Greetings:

This letter is in response to Appellant's Petition for Discretionary Review filed in this Court, on July 7, 2015, in <u>Sullens v. State</u>, No. 02–13-00364-CR, 2015 WL 3523143 (Tex.App. -- Fort Worth June 4, 2015, pet. filed) (mem.op., not designated for publication).

Appellant's sole ground for review contends that the court of appeals erred in finding that an instruction to disregard cured any harm in a witness's comment that she defended herself "like always."  Pet. at 2; <u>see</u> <u>also</u> <u>Sullens</u>, 2015 WL 3523143, at *2.  The court of appeals expressly did not reach the issue of whether the witness's comment that she always defends herself was even a reference to an extraneous offense, much less an extraneous offense committed by Appellant. <u>Sullens</u>, 2015 WL 3523143, at *2.[1]

Appellant's complaint to this Court makes no attempt to demonstrate that the court of appeals' analysis was erroneous.  Instead, Appellant

---

[1]    The court of appeals' decision also failed to address the State's contentions that (1) Appellant's complaint was not preserved, State's coa br. at 6-8; and (2) the trial court's *in limine* order was irrelevant to Appellant's claim that a mistrial was required.  State's coa br. at 9-10.

simply repeats his complaint that the comment should not be found to be curable. Pet. at 6. Appellant's complaint thus presents nothing for review. Degrate v. State, 712 S.W.2d 755, 756 (Tex. Crim. App. 1986) (discretionary review petition should specifically address court of appeals' decision); Bradley v. State, 235 S.W.3d 808, 808-10 (Tex. Crim. App. 2007) (Cochran, J., concurring in denial of review); see also TEX. R. APP. P. 66.1 & 68.1.

Appellant also makes no attempt to demonstrate that consideration of his complaint by this Court would have any importance to the jurisprudence of Texas. See generally TEX. R. APP. P. 66.3.

Appellant's fact-bound petition should be refused. Thank you.

Respectfully submitted,

SHAREN WILSON
Criminal District Attorney
Tarrant County, Texas

/s/ ANNE SWENSON
ANNE SWENSON, Assistant
State Bar No. 19575500
coaappellatealerts@tarrantcountytx.gov

DEBRA WINDSOR,
Assistant Criminal
District Attorney
Chief, Post-Conviction

/s/ DAVID M. CURL
DAVID M. CURL, Assistant
Criminal District Attorney
State Bar No. 05254950
401 W. Belknap Street
Fort Worth, Texas 76196-0201
(817) 884-1687
FAX (817) 884-1672
coaappellatealerts@tarrantcountytx.gov

## CERTIFICATE OF COMPLIANCE

The number of words in the portions of the document covered by TEX. R. APP. P. 9.4(i)(1) are 356.

/s/ DAVID M. CURL____
DAVID M. CURL, Assistant
Criminal District Attorney


## CERTIFICATE OF SERVICE

One copy of the State's letter reply to Appellant's petition for discretionary review has been sent to (1) counsel for Appellant, Mr. Abe Factor at lawfactor@yahoo.com and (2) Ms. Lisa McMinn, State Prosecuting Attorney, at information@spa.texas.gov, on this the 8th day of July 2015.

/s/ DAVID M. CURL____
DAVID M. CURL, Assistant
Criminal District Attorney